UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| RUSSELL TODD HANKS, | ) | No. 5:22-cv-01616-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 15th day of September, 2023, it is hereby, ORDERED that Plaintiff's Motion, ECF No. 21, is granted and Plaintiff Russell Todd Hanks is awarded attorney fees in the amount of four thousand six hundred thirty-eight dollars and 31/100 cents ($4,638.31) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Russell Todd Hanks, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

September 15, 2023                              Kaymani D. West
Florence, South Carolina                        United States Magistrate Judge